Shea Backus, Esq.
Nevada State Bar No. 8361
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
Tel.: (702) 872-5555
Fax: (702) 872-5545
Email: sheabackus@backuslaw.com
*Attorneys for Plaintiff Josh Anderson*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOSH ANDERSON, an individual, | Case No. 2:18-CV-00797-RFB-VCF |
| Plaintiff, | |
| vs. | |
| ATLAS VAN LINES, INC., an Indiana corporation, ACE WORLD-WIDE OF NEVADA, INC., a Nevada corporation, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff JOSH ANDERSON, by and through his counsel Shea Backus, Esq. of BACKUS CARRANZA & BURDEN and Defendants ATLAS VAN LINES, INC. and ACE WORLD-WIDE OF NEVADA, INC., by and through their counsel Bruce Scott Dickinson, Esq. of STEPHENSON & DICKINSON, P.C., hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

1

Case No. 2:18-cv-00797-RFB-VCF

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: 2/15/19                          DATED: 2/7/2019

**BACKUS, CARRANZA & BURDEN**           **STEPHENSON & DICKINSON, P.C.**

By: _____  #13484 for   By: _____
Shea Backus, Esq.                        Bruce Scott Dickinson, Esq.
Nevada Bar No. 8361                      Nevada Bar No. 2297
3050 South Durango Drive                 Jamieson N. Poe, Esq.
Las Vegas, NV 89117                      Nevada Bar No. 8228
T,: (702) 872-5555                       2820 West Charleston Blvd. #B-17
sbackus@backuslaw.com                    Las Vegas, NV 89102
                                         T,: (702) 474-7229
Attorneys for Plaintiff                  admin@sdlawoffice.net
*Josh Anderson*                          Attorneys for Defendants *Atlas Van
                                         Lines, Inc. and Ace World-Wide of
                                         Nevada, Inc.*

## ORDER

IT IS HEREBY ORDERED that the above referenced matter be dismissed with prejudice.

DATED: February 19, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge

2